# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

STELZER v. CITIBANK NATIONAL ASSOCIATION      Case No.: 19cv1782-WQH(RBB)
                                              Time Spent:

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE      Rptr.

### Attorneys

Plaintiffs                                          Defendants

PROCEEDINGS:    ☐ In Chambers    ☐ In Court    ☒ Telephonic

Plaintiff and Defendant Citibank, N.A. have filed a notice of settlement [ECF No. 41]. The parties request that the Court vacate all pending dates and filing requirements and set a deadline on or after August 28, 2020, to file a request for dismissal.

A telephonic attorneys-only settlement conference with Plaintiffs and Citibank and a telephonic attorneys-only settlement disposition conference as to Defendant Equifax Information Services LLC is currently set for **July 28, 2020**, at **8:45 a.m.** The Court will keep the conferences on calendar as scheduled. Counsel shall use the Court's teleconference line using the call-in information previously provided.

The conferences will remain on calendar unless joint motions to dismiss the claims against Citibank and Equifax are e-filed prior to that date. Separate proposed orders granting the joint motions must be e-mailed to the assigned district judge. If the parties wish to consent to continuing magistrate judge jurisdiction, a consent form signed by parties and counsel shall accompany the joint motions for dismissal. Consent forms are available in the Clerk's Office or online. Monetary sanctions shall be imposed for failure to comply with this order.

The Court declines to vacate the dates in the scheduling order.

DATE: June 29, 2020               IT IS SO ORDERED:

                                  Ruben B. Brooks,
                                  U.S. Magistrate Judge

cc: Judge Hayes
    All Parties of Record